# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>**LUIS NINO-MONCADA**<br><br>*Defendant* | )<br>)  Case No. 3:26-mj-00004<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **LUIS NINO-MONCADA**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On or about January 8, 2026, defendant committed Aggravated Assault of a Federal Officer with a Deadly or Dangerous Weapon in violation of 18 U.S.C. §§ 111(a), 111(b), and Depredation of Federal Property in Excess of $1,000, in violation of 18 U.S.C. § 1361.

Date: 01/10/2026

*Issuing officer's signature*

City and state: Portland, Oregon

The Honorable Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/10/2026, and the person was arrested on *(date)* 01/10/2026
at *(city and state)* Portland, Oregon.

Date: 01/10/2026

*Arresting officer's signature*

Jon Webb / Special Agent
*Printed name and title*